# DIVIDENDS REMITTED TO THE COURT

Check Number 1052 Dated 03/19/10

Case Number 06-31899 - S&M LUMBER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roadside Truck & Trailer Repair<br>P.O. Box 111<br>Flushing MI 48433 | 000006 | 153.75 | 3.34 |
| Mid-States Bolt & Screw<br>P.O. Box 2050<br>Flint MI 48501-2050 | 000008 | 25.82 | 0.56 |
| Burton Blueprinting, Inc.<br>5252 Exchange Drive<br>Flint MI 48507 | 000012 | 205.38 | 4.46 |
| Computer Assistance<br>5402 Gateway Centre<br>Flint MI 48507 | 000014 | 80.00 | 1.74 |
| Easy Handling Company, Inc.<br>6180 Taylor Drive<br>Flint MI 48507 | 000033 | 158.83 | 3.45 |
| Daiek Products, Inc.<br>1725 Blaney<br>Troy MI 48084-4620 | 000039 | 180.00 | 3.91 |
| Empire Distributors<br>P.O. Box 673251<br>Detroit MI 48267-3251 | 000043 | 97.08 | 2.11 |
| ----------- Remittance Total --------------- | | 900.86 | 19.57 |

Michael A. Mason, Trustee